UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

WILLIE POGUE (#199791)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 10-488-RET

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 7, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Petition for Writ of Habeas Corpus (R. Doc. 1) filed by Willie Pogue shall be **DISMISSED WITH PREJUDICE** as procedurally barred.

Baton Rouge, Louisiana, July  /8  , 2011.

RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA